IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANICE KRAUSE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. _____ |
| | § | |
| CITY OF HOUSTON, | § | |
| HOUSTON AIRPORT SYSTEM | § | |
| | § | |
| Defendant. | § | |

## LIST OF ALL COUNSEL OF RECORD

## COUNSEL FOR DEFENDANT CITY OF HOUSTON

Camela J. Sandmann
Senior Assistant City Attorney
SBN: 24077378
Federal ID: 2868369
P.O. Box 368
Houston, TX 77001-0368
900 Bagby, 3rd Floor
Houston, TX 77002
Phone: (832) 393-6472
Fax: (832) 393-6259
Camela.Sandmann@houstontx.gov

Dennis J. Jackson
Senior Assistant City Attorney
SBN: 24086286
Federal ID: 1811935
P.O. Box 368
Houston, TX 77001-0368
900 Bagby, 3rd Floor
Houston, TX 77002
Phone: (832) 393-6480
Fax: (832) 393-6259
Email: Dennis.Jackson@houstontx.gov

Exhibit B

## COUNSEL FOR PLAINTIFF JANICE KRAUSE

Alfonso Kennard, Jr.
Kennard Miller Hernandez
SBN:  24036888
Federal ID:  713316
2603 Augusta Drive, Suite 1450
Houston, TX  77057
Phone:  (713) 742-0900
Fax No.:  (713) 742-0951
Email:  Alfonso.Kennard@kennardlaw.com

Exhibit B