# 2018-62173

**COURT:** 269th
**FILED DATE:** 9/11/2018
**CASE TYPE:** Discrimination



### KRAUSE, JANICE
Attorney: KENNARD, ALFONSO JR.

### vs.

### CITY OF HOUSTON HOUSTON AIRPORT SYSTEM

### Docket Sheet Entries

| Date | Comment |
|------|---------|
|      |         |

Exhibit C

*Monica Estrada* Deputy



**STATE OF TEXAS**
**COUNTY OF HARRIS**

I, Chris Daniel, District Clerk of Harris County, Texas, certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this 10-19-2018

**CHRIS DANIEL, DISTRICT CLERK**
**HARRIS COUNTY, TEXAS**
*Monica Estrada* Deputy

Exhibit C