United States District Court
Southern District of Texas
**ENTERED**
March 31, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JANICE KRAUSE,  §<br>  §<br>    Plaintiff,  §<br>VS.  §<br>  §<br>CITY OF HOUSTON, *et al*,  §<br>  §<br>    Defendants.  § | CIVIL ACTION NO. 4:18-CV-3969 |

## ORDER

Before the Court are Defendants' Motion for Summary Judgment (Doc. #24), Plaintiff's Response (Doc. #25), and Defendants' Reply (Doc. #26). Having reviewed the parties' arguments and applicable legal authority, the Court denies the Motion.

Summary judgment is proper if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law. FED. R. CIV. P. 56. "A genuine dispute as to a material fact exists if the evidence is such that a reasonable jury could return a verdict for the nonmoving party." *Rogers v. Bromac Title Services, L.L.C.*, 755 F.3d 347, 350 (5th Cir. 2014) (citation omitted). The Court finds that a genuine dispute as to a material fact exists regarding Plaintiff's failure to accommodate claim. Accordingly, because movants are not entitled to judgment as a matter of law, the Motion is hereby DENIED.

It is so ORDERED.

MAR 3 1 2021
Date

_____
The Honorable Alfred H. Bennett
United States District Judge